**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6993**

BRANDON MICHAEL PICKENS,

    Plaintiff - Appellant,

  v.

FRANK L. PERRY; ROBESON COUNTY; BRAD PERRITT; JAMES MCRAE; MARY LOCKLEAR; JACQUELINE SMITH; JOY DAVIS; T. GRAHAM; E. LECHLITER; MR. BULLARD; PAM CALLAHAN; NINA SEALS; DAVY BULLARD; LARON LOCKLEAR; W. PARRISH; JOHN DOES 1, 2; MELBA WEBSTER; JANE DOE; NCPLS; IDS LEGAL CONTRACTOR; NORTH CAROLINA GENERAL ASSEMBLY; ERIKA RANSOM,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:16-ct-03189-BO)

Submitted: November 21, 2017      Decided: November 28, 2017

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brandon Michael Pickens, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Michael Pickens appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pickens v. Perry*, No. 5:16-ct-03189-BO (E.D.N.C. May 18 & Sept. 15, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*